### Renata SHEARER, Appellant,

v.

### UNION PACIFIC RAILROAD COMPANY, Respondent.

### WD 77801

Missouri Court of Appeals, Western District.

ORDER FILED: September 29, 2015

Jason Kelly, St. Louis, MO, Counsel for Appellant.

Craig Leff, Kansas City, MO, Counsel for Respondent.

Carl Christensen, Overland Park, KS, Co–Counsel for Respondent.

Before Division Two, Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Ms. Renata Shearer appeals the admission of an expert witness's testimony during the trial of a personal-injury claim.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed. Rule 84.16(b).